**STATE of Missouri, Respondent,**

v.

**Darrell L. PERRY, Appellant.**

**WD 78836**

Missouri Court of Appeals, Western District.

Order filed: October 25, 2016

Dora Fichter, for Respondent

Emmett D. Queener, for Appellant

1. All statutory references herein are to RSMO 2000, supplemented by amendments through

Before Division Three: Victor C. Howard, Presiding Judge, Lisa White Hardwick, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Darrell L. Perry appeals his convictions following a jury trial of two counts of felony possession of a controlled substance in violation of section 195.202.[1] Perry argues that the trial court erred in overruling his motion for judgment of acquittal, in finding him guilty, and imposing judgment and sentence for possession of a controlled substance for the methamphetamine found in the pill bottle from the center console of the car in which he was a passenger and the methamphetamine from the glass pipe found in the bandana he pulled from his pocket. Because a published opinion would have no precedential value, a memorandum has been provided to the parties. The judgment of convictions is affirmed. Rule 30.25(b).

the current date, unless otherwise noted.